FILED: October 22, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-2158
(3:21-cv-00455-MOC-DCK)

XYAVIER CALLISTE,

        Plaintiff - Appellee,

v.

OFFICER XENG LOR, in his individual capacity,

        Defendant - Appellant,

and

CITY OF CHARLOTTE, NORTH CAROLINA; OFFICER DAVE S. OSORIO, in his individual capacity,

        Defendants.

O R D E R

Xeng Lor seeks to appeal the district court's order denying his motion for summary judgment on Xyavier Calliste's 42 U.S.C. § 1983 claim against Lor. The district court denied qualified immunity to Lor, finding a genuine dispute of material facts as to whether Lor's use of deadly force violated Calliste's Fourth Amendment

rights and that Calliste's rights were clearly established at the time that Lor allegedly violated them. Calliste has moved to dismiss the appeal as interlocutory.

We may exercise jurisdiction only over final decisions, 28 U.S.C. § 1291, and certain interlocutory collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541 (1949). "[T]he collateral order doctrine extends our jurisdiction to a small class of collateral rulings that, although they do not end the litigation, are appropriately deemed final." *Davis v. City of Greensboro*, 770 F.3d 278, 281 (4th Cir. 2014) (internal quotation marks omitted). "Generally, a district court's order denying summary judgment based on qualified immunity is immediately appealable under the collateral order doctrine." *Yates v. Terry*, 817 F.3d 877, 882 (4th Cir. 2015). However, a denial "of qualified immunity based on the insufficiency of the facts . . . is not immediately appealable." *Id*. (citing *Johnson v. Jones*, 515 U.S. 304, 319-20 (1995).

In assessing whether we possess jurisdiction over an appeal of the denial of qualified immunity, we determine whether the challenged order denied qualified immunity on a legal or factual basis, and whether the appellant seeks to raise only legal questions on appeal. *Iko v. Shreve*, 535 F.3d 225, 234-35 (4th Cir. 2008). We have reviewed the record and Lor's brief on appeal, and conclude that Lor challenges only the district court's legal rulings in denying him qualified immunity. Therefore, we deny Calliste's motion to dismiss the appeal.

2

3

The Clerk's Office will reinstate the briefing schedule by separate order.

For the Court

/s/ Nwamaka Anowi, Clerk

3