FILED: October 22, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2158
(3:21-cv-00455-MOC-DCK)

_____

XYAVIER CALLISTE

       Plaintiff - Appellee

v.

OFFICER XENG LOR, in his individual capacity

       Defendant - Appellant

 and

CITY OF CHARLOTTE, NORTH CAROLINA; OFFICER DAVE S. OSORIO, in his individual capacity

       Defendants

_____

O R D E R

_____

The court the reinstates the briefing schedule as follows:

Response brief due: 11/21/2024

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk