FILED: November 7, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2158
(3:21-cv-00455-MOC-DCK)

_____

XYAVIER CALLISTE

 Plaintiff - Appellee

v.

OFFICER XENG LOR, in his individual capacity

 Defendant - Appellant

and

CITY OF CHARLOTTE, NORTH CAROLINA; OFFICER DAVE S. OSORIO, in his individual capacity

 Defendants

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Response brief due: 12/20/2024

Any reply brief: 21 days from service of response brief.

    For the Court--By Direction

    /s/ Nwamaka Anowi, Clerk